ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
JENNIFER BURNS, State Bar No. 312364
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-6393
 Fax:  (916) 324-5205
 E-mail:  Jennifer.Burns@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections and*
*Rehabilitation*

EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com
*Attorneys for Plaintiff H.M.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **H.M.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:26-cv-00134-DMC<br><br>**STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; AND ORDER**<br><br>Judge:       The Hon. Dennis M. Cota<br>Trial Date:   Not Set<br>Action Filed:  January 15, 2026 |

     Plaintiff H.M. and Defendant California Department of Corrections and Rehabilitation (CDCR), by and through their attorneys of record, stipulate and request a 60-day extension of time for all served Defendants to file a responsive pleading to Plaintiff's complaint, from February 26, 2026, to April 27, 2026.

     Pursuant to Federal Rule of Civil Procedure 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made[] before the original time or its extension expires[.]"  Fed. R. Civ. P. 6(b)(1) (cleaned up).

     Good cause exists to extend the responsive pleading deadline because counsel for CDCR was only recently assigned to this case and needs additional time to review the complaint and

1

determine the appropriate response.  Counsel for CDCR also needs additional time to determine whether it can represent Defendant Lee.  If counsel can represent Defendant Lee, extending the responsive pleading deadline will allow Defendants CDCR and Lee to serve a single responsive pleading, which promotes judicial economy.

**IT IS SO STIPULATED.**

Dated:  February 23, 2026                                   Respectfully submitted,

                                                       ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General


**/s/ *Jennifer Burns***
JENNIFER BURNS
Deputy Attorney General
*Attorneys for Defendant*
*California Department of Corrections and Rehabilitation*


Dated: February 23, 2026.                                   SIEGAL, YEE, BRUNNER & MEHTA

By:  **/s/ *EmilyRose Johns***
*(as authorized on February 20, 2026)*
EmilyRose Johns
*Attorneys for Plaintiff H.M.*

2

# ORDER

Good cause appearing, the stipulated request to extend the responsive pleading deadline for all served Defendants is extended from February 26, 2026, to April 27, 2026.

**IT IS SO ORDERED**.


Dated:  February 25, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE