EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.M., | ) |
| | ) **Case No.  2:26-cv-00134-WBS-DMC** |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER GRANTING MOTION TO** |
| | ) **PROCEED UNDER A PSEUDONYM** |
| CALIFORNIA DEPARTMENT OF | ) |
| CORRECTIONS AND REHABILITATION; | ) |
| LORENZO LEE, in his individual capacity; | ) |
| ST. JOHN'S PROGRAM FOR REAL | ) |
| CHANGE; DOES 1 through 20. | ) |
| | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, Plaintiff is permitted to proceed in this matter using only her initials, H.M.

IT IS SO ORDERED.

Dated:  April 22, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*H.M. v. CDCR, et al.*
Order Granting Motion to Proceed Under a Pseudonym - 1