EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com

*Attorneys for Plaintiff*

ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
JENNIFER BURNS, State Bar No. 312364
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-6393
Fax: (916) 324-5205
E-mail: Jennifer.Burns@doj.ca.gov

*Attorneys for Defendant*
*California Department of Corrections and*
*Rehabilitation*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.M., | ) Case No. 2:26-cv-00134-WBS-DMC |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO EXTEND** |
| | ) **TIME TO ANSWER OR OTHERWISE** |
| vs. | ) **RESPOND TO PLAINTIFF'S COMPLAINT** |
| | ) |
| CALIFORNIA DEPARTMENT OF | ) |
| CORRECTIONS AND REHABILITATION, et al., | ) |
| | ) |
| Defendants. | ) |

WHEREAS, Plaintiff filed her complaint on January 15, 2026 (ECF No. 1);

WHEREAS, on February 25, 2026, through stipulation of Defendant CDCR and Plaintiff (the "Parties"), the time to Answer or otherwise respond to the complaint was continued to April 27, 2026 (ECF No. 9; ECF No. 11);

WHEREAS, Defendant CDCR has notified Plaintiff of its intention to file a motion to dismiss all of the claims against it;

*H.M. v. CDCR, et al.,* No. 2:26-cv-00134-WBS-DMC
Stipulation and Order - 1

WHEREAS, the Parties are meeting and conferring about Defendant CDCR's proposed motion in order to determine what, if anything, may be addressed without motion practice;

WHEREAS, that meet and confer process is ongoing and the Parties could benefit from additional time to complete that process;

THEREFORE, it is stipulated by the Parties that Defendant's response to Plaintiff's complaint be continued for two weeks, to May 11, 2026.

**IT IS SO STIPULATED.**

Dated: April 24, 2026        SIEGEL, YEE, BRUNNER & MEHTA

By: _____
       EmilyRose Johns

*Attorneys for Plaintiff*

Dated: April 24, 2026        ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General

By: */s/ Jennifer Burns*_____
       (*as authorized on April 24, 2026*)
       Jennifer Burns
       Deputy Attorney General

*Attorneys for Defendant*
California Department of Corrections and Rehabilitation

## ORDER

Good cause appearing, the stipulated request to extend the responsive pleading deadline for Defendant CDCR is extended from April 27, 2026 to May 11, 2026.

**IT IS SO ORDERED**.

Dated:  April 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE