SHAWN C. LOORZ, State Bar # 250985
SHARON R. WITKIN, State Bar # 362060
**LEVANGIE LONG LOORZ**
2969 Prospect Park Drive, Suite 125
Rancho Cordova, CA 95670
Tel: (916) 443-4849 Fax: (916) 443-4849
Email: shawn.loorz@llg-law.com
        sharon.witkin@llg-law.com

Attorneys for Defendant
ST. JOHN'S PROGRAM FOR REAL CHANGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.M., | CASE NO. 2:26-cv-00134-WBS-DMC |
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | Judge:        Hon. William B. Shubb<br>Action Filed: January 15, 2026<br>Trial Date:   None Set |

Plaintiff H.M. and Defendant St. John's Program for Real Change ("St. John's"), by and through their attorneys of record, stipulate and request a 14-day extension of time for St. John's to file a responsive pleading to Plaintiff's complaint, from April 27, 2026, to May 11, 2026.

Pursuant to Federal Rule of Civil Procedure 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made[] before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1) (cleaned up).

Good cause exists to extend the responsive pleading deadline because counsel for St. John's was only recently assigned to both this case and related case *J.C. v. California Department of Corrections and Rehabilitation, et al*, Eastern District of California Case No. 2:25-cv-03626-SCR and needs additional time to review the complaints for both matters and determine the appropriate response.  This extension is consistent with the responsive date for co-

1
STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; PROPOSED ORDER

defendant California Department of Corrections and Rehabilitation, and will not delay the case or prejudice any party.

**IT IS SO STIPULATED.**

DATED:   April 27, 2026                    **LEVANGIE LONG LOORZ**


By: __/s/ Sharon R. Witkin_____
     SHAWN C. LOORZ
     SHARON R. WITKIN
     Attorneys for Defendant St. Johns
     Program for Real Change


DATED:   April 27, 2026                    **SIEGAL, YEE, BRUNNER & MEHTA**


                                          */s/Emily Rose Johns*
By: _____
     (as authorized on April 27, 2026)
     EMILY ROSE JOHNS
     Attorneys for Plaintiff H.M.

STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; PROPOSED ORDER

**ORDER**

Good cause appearing, the stipulated request to extend the responsive pleading deadline for Defendant St. John's Program for Real Change is extended from April 27, 2026, to May 11, 2026.

**IT IS SO ORDERED**.

Dated:  April 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; PROPOSED ORDER