ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
JENNIFER BURNS, State Bar No. 312364
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone:  (916) 210-6393
  Fax:  (916) 324-5205
  E-mail:  Jennifer.Burns@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections and*
*Rehabilitation*

SHAWN C. LOORZ, State Bar # 250985
SHARON R. WITKIN, State Bar # 362060
**LEVANGIE LONG LOORZ**
2969 Prospect Park Drive, Suite 125
Rancho Cordova, CA 95670
Tel: (916) 443-4849 Fax: (916) 443-4849
Email:  Shawn.loorz@llg-law.com
        Sharon.witkin@llg-law.com

Attorneys for Defendant
ST. JOHN'S PROGRAM FOR REAL CHANGE

EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: Emilyrose@siegelyee.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **H.M.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:26-cv-00134-WBS DMC<br><br>**STIPULATION AND ORDER TO THE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT ST. JOHN'S PROGRAM FOR REAL CHANGE'S ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:        The Hon. William B. Shubb<br>Trial Date:    Not Set<br>Action Filed:  January 15, 2026 |

1

Upon the Court's request, Defendants St. John's Program for Real Change (St. John's) and the California Department of Corrections and Rehabilitation (CDCR),[1] and Plaintiff H.M., by and through their counsel of record, stipulate to the filing of Plaintiff's May 11, 2026, First Amended Complaint (ECF No. 24) and the filing of Defendant St. John's May 26, 2026, Answer to Plaintiff's First Amended Complaint (ECF No. 25).

On January 15, 2026, Plaintiff initiated this action by filing a complaint against CDCR, St. Johns, Lee, and Does 1 through 20.  (ECF No. 1.)  On February 26, 2026, the Court extended the deadline for Defendants to file a responsive pleading to April 27, 2026.  (ECF No. 11.)  In late April 2026, the Court extended the deadline for Defendants CDCR and St. John's to file a responsive pleading to May 11, 2026.  (ECF Nos. 22, 21.)

On May 11, 2026, Defendant St. John's filed an answer to Plaintiff's complaint.  (ECF No. 23.)  Shortly thereafter and pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff filed a First Amended Complaint omitting CDCR as a defendant in this case.  (ECF No. 24.)  Plaintiff's First Amended Complaint was filed following Plaintiff and CDCR's meet and confer efforts, in which Plaintiff agreed to drop CDCR as a party in this action.  On May 26, 2026, Defendant St. John's filed an answer to Plaintiff's First Amended Complaint.  (ECF No. 25.)

The parties now stipulate to the filing of Plaintiff's First Amended Complaint and Defendant St. John's answer to Plaintiff's First Amended Complaint.  (ECF Nos. 24, 25.)  CDCR is no longer a party to this action.  (*See* ECF No. 24.)  Defendant Lee, who is not represented by the Attorney General's Office, has not yet appeared in this action.  (*See* Docket.)  Accordingly, the parties' request the Court permit Plaintiff's First Amended Complaint to be the operative complaint in this matter and deem Defendant St. John's answer as filed.

/ / /

/ / /

/ / /

---

[1] CDCR enters this stipulation upon the Court's request.  CDCR does not waive its Eleventh Amendment Immunity by entering this stipulation.

2

**IT IS SO STIPULATED.**

Dated:  June 9, 2026                              Respectfully submitted,

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General

***/s/ Jennifer Burns***
JENNIFER BURNS
Deputy Attorney General
*Attorneys for Defendant*
*California Department of Corrections and*
*Rehabilitation*

Dated:  June 9, 2026                              Respectfully submitted,

SIEGAL, YEE, BRUNNER, & MEHTA

***/s/ EmilyRose Johns (as authorized June 9, 2026)***
EMILYROSE JOHNS
*Attorneys for Plaintiff*

Dated:  June 9, 2026                              Respectfully submitted,

**LEVANGIE LONG LOORZ**

***/s/ Sharon R. Witkin (as authorized June 9, 2026)***
SHAWN C. LOORZ
SHARON R. WITKIN
Attorneys for Defendant ST. JOHN'S
PROGRAM FOR REAL CHANGE

3

**ORDER**

Good cause appearing, the stipulation is entered.

**IT IS SO ORDERED.**

Dated:  June 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2026300820
39875538.docx

4

Stipulation & Order to Filing of Pl.'s First Am. Compl. & Def. St. John's Answer (2:26-cv-00134-DMC)